JS-6

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
AMANDA SCHAPEL, CASBN 271295
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4856
    Facsimile: (415) 744-0134
    E-Mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant Acting Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELVIRA CARDENAS, | Case No. 2:19-cv-10300-MAA |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the

Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: February 9, 2022

                                                  /s/ Maria A. Audero
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE